# In the United States Court of Federal Claims
### BID PROTEST

|  |  |
|---|---|
| HARMONIA HOLDINGS GROUP, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 21-836C |
|  | ) (Filed: February 4, 2021) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

At the status conference held today, the parties agreed to the following expedited briefing schedule:

**February 19, 2021**   The government shall file the administrative record.

**February 26, 2021**   Plaintiff shall file its motion for judgment on the administrative record ("MJAR").

**March 5, 2021**   The government shall file its response to Plaintiff's MJAR and its own MJAR.

**March 11, 2021**   Plaintiff shall file its response to the government's MJAR and reply in support of its own MJAR.

**March 16, 2021**   The government shall file its reply in support of its MJAR.

**March 18, 2021**   Oral Argument.

The government may file the administrative record via DVD but shall also provide the Court with a printed and tabbed courtesy copy within a week after filing the record via DVD. Further, in light of the expedited briefing schedule for the cross-motions for judgment on the administrative record, Plaintiff's Motion for a Preliminary Injunction, ECF No. 3, is **DENIED** as moot.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge